

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00224-CV

**IN RE TERRAVISTA CORPORATION**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: April 24, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On April 12, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the order at issue in this proceeding pending final resolution of the petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's Motion for Emergency Temporary Stay is DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI23565, styled *Michelle Rodriquez, et al. v. Mitchell Apts, LLC, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.